Your name: DR. ST. MICHAEL BALZARINI
Address: B-78150/ 3-B-8
1 MAIN ST
SAN QUENTIN, CALIF. 94964

Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCANNED

ST. MICHAEL BALZARINI
Plaintiff(s),

vs.

GAVIN NEWSOM, etal,
RALPH DIAZ, etal,
RON BROOMFIELD, etal,
MONA HOUSTON, etal,

Defendant(s).

Case Number:

*Title of Document:*
COMPLAINT by PRISONER
42 U.S.C. § 1983
42 U.S.C. § 2000 CC-1(a)

I HAVE EXHAUSTED ALL AVAILABLE ADMINISTRATIVE REMEDIES THROUGH 602-COMPLAINT THAT WAS AVAILABLE AT THE TIME, ALSO WROTE EACH DEFENDANT.

CHALLENGING CONDITIONS OF CONFINMENT AT SAN QUENTIN STATE PRISON. AND CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AT (C.I.M.) CHINO INSTITUTION FOR MEN.

CLAIMS:

A. PLAINTIFF CLAIMS THAT THE DEFENDANT'S TRANSFERED HIM AND OTHER INMATES WITHOUT DUE PROCESS, AND THEN CONFIND HIM AND OTHER INMATES UNDER CRUEL AND UNUSUAL CONDITIONS, DENIED HIM AND OTHER INMATES ACCESS TO THE COURTS, AND RIGHTS UNDER U.S. CONSTITUTION.

BEING DENIED OUTDOOR EXERCISE, VENTILATION, HYGIENE, CLEAN LAUNDRY, ADEQUATE FOOD, NO-VISITS OR COUNSEL, NO LIBRARY OR LEGAL MATERIALS, NO TELEPHONE, NO CHAPLIN OR RELIGIOUS SERVICES.

NEGLIGENCE BY DEFENDANT'S, WHEN THEY FAILED TO USE REASONABLE CARE IN IMPLEMENTING A STATE WIDE QUARANTINE, MONTH'S BEFORE THE OCCURRENCE, AND THEN WAITING UNTIL EPIDEMIC AND INMATES EXPIRED.

DEFENDANT'S HAVE DUTY TO KEEP INMATES SAFE AND PROTECT FROM UNREASONABLY RISK, AND FAILING IN THIS DUTY TO KEEP INMATES SAFE.

BEING DENIED OF MEDICAL CARE, ONLY MEDICAL IS RELATED. TO COVID-19.

PLAINTIFF SLIP AND FALLING (2) TWO TIMES ON WET STAIRS AND NOTHING DONE.

THE CONSTITUTION, STATUTE AND COURTS CREATES A DUTY WHICH WAS BREACHED BY OFFICIALS.

ALL THE DEFENDANT'S WROTE AN WITH 602-COMPLAINT. REPLIES BY ALL, CONTACT THE WARDEN AT SAN QUENTIN, DID THAT.

B. BACKGROUND:

THE FOLLOWING TRANSPIRED FROM 8TH FEB 2020 TO PRESENT:

ON 8TH FEB, AROUND 4 A.M., ELECTRICAL-FIRE IN BACK OF KITCHEN, WEST-SIDE OF FACILITY.
NO ELECTRICAL-POWER IN CELL'S IN ALPINE + BUTTE bldg. AND KITCHEN, SACK-LUNCHES FOR ALL MEALS.
UNABLE TO OPEN DOOR'S UNTIL AFTER 10:40 A.M.
FIRE TRUCKS ARRIVE 5:40 A.M., HALF BUILDING FILLED WITH SMOKE.
9TH FEB, 9:15 A.M., POWER TO TOILET'S AN OFFICE.
NO PROGRAMS OR LAW LIBRARY, GENERATORS BROUGHT IN.
10TH FEB, 8:15 P.M., HALL LIGHTS, CELL'S + DAY ROOM LIGHT'S BACK ON.
11TH FEB, WALK BREAKFAST, PAPER TRAYS.
GENERATER'S FROM (U-HALL), RAN OUT GAS, SO NOW YOU HAVE STAFF WHO MAKE'S (2) TWO TRIPS A DAY IN TRUCK TO FILLUP GENERATORS.
THE DOOR'S ARE OPEN 24/7 - BECAUSE OF THE GENERATOR'S OFF AND UNABLE TO OPEN DOOR'S IN CASE MEDICAL EMERGENCY.
13TH MARCH, NO-VISITS FROM FAMILY OR COUNSEL, NO PROGRAMS LAST CHURCH SERVICE ON 15TH MARCH, NO YARD.
(2) TWO-INMATES AT TABLE AT BREAKFAST, TAKING 2-3 HOURS TO FEED.

16TH MARCH, NO GROUPS, LAW LIBRARY OR YARD, do TO COVID-19.

EVERYDAY PRAY ABOUT THIS.

17TH MARCH, CONTROL FEEDING, AT BREAKFAST 2-INMATES AT TABLE, AT DINNER IT'S 4-INMATES AT TABLE.

NO ONE KNOW'S WHAT THIER DOING.

SHORT OF CORRECTIONS-OFFICERS (C/O'S), WITH MOST WORKING DOUBLES.

9TH APRIL, BECAUSE OF COVID-19, EVERYTHING SHUT DOWN, ALL INMATES AT 12:30, GIVEN (3) THREE CLOTH MASK.

WEVE BEEN ON LOCKDOWN, QUARANTINE SENT 16TH MARCH.

10TH APRIL, ALL ELECTRICAL-POWER OFF, CREWS WORKING OUT BACK TO RESTORING POWER AROUND 15:00 HOURS.

FINALLY OFF GENERATORS WITH POWER RESTORED.

DURING THIS WEEK, EACH BLDG HAS (3) THREE PHONES.

HALF-FLOOR AT TIME AND TAKING AROUND (3) THREE HOURS UNDER CONTROL FEED, SHORTAGE C/O'S, EVERYONE WARE MASK.

MOST C/O'S ARE NOT.

THE AMBLANCE KEEP GOING TO COLUSA-LOWER, WHICH IS NOW USED FOR INMATE THAT TEST-POSITIVE.

INMATES ARE BEING HOUSE IN GYM, IN VIOLATION OF NORTHERN U.S. COURT ORDER ON OVERCROWDING OF INMATES.

WE WALK TO CHOW, SO THEY CAN CLAIM WERE GETTING HOT-MEALS.

YET, FOOD IS COLD, MOST INMATES TAKE THE FOOD BACK AND USE HOT POT OR MICROWAVE IN DAYROOM.

THIS IS HONOR PROGRAM FACILITY, AND REASON FOR BIG SCREEN-T.V., WITH 152-CHANNEL'S, MICROWAVE IN DAY ROOMS, WITH NO LOCKUP.
10TH APRIL, STARTED PUTTING INMATES IN 80-100 BEDS, GYM,
19TH APRIL, FIRST INMATE DIE'S FROM COVID-19.
SO IT BEGINS.
DO TO CLOWNS RUNNING, C.D.C.R.,
INMATES WHO TEST-POSITIVE ARE HOUSE IN COLUSA-LOWER, THE AIR VENTS RUN TOGETHER AND AIR RISES, SO THE INMATE'S IN COLUSA-UPPER ARE GETTING INFECTED

THE WARDEN AND CAPT; MAKING THE ROUNDS, SO THIS PLAINTIFF ASK; YOUR PUTTING INMATES IN GYM, AND YOUR IN VIOLATION OF COURT-ORDER; THEIR RESPONSE, WE RUN THE PRISONS AND WE DO WHAT WE WANT, THE JUDGE CAN ONLY MAKE RECOMMONDATION AND WE DON'T HAVE TO COMPLY.
THEN PLAINTIFF ASK; AS TO (3) THREE STRIKES CASES WHAT'S GOING HAPPEN TO THEM.
DEFENDANTS REPLY; ONLY JUDGE CAN CHANGE THERE SENTENCE, WE CAN'T LET ANY OF THEM OUT UNTIL COMPLETION OF THEIR LIFE SENTENCE, EVEN THEN IT'S NOT UP TO US. (EVIL-PEOPLE),
PRAY ABOUT THIS EVERYDAY.
PLAINTIFF ASK; SO WERE GOING DIE IN PRISON, EVEN AFTER AGE 60+ AND 25+ YEARS.
IT'S NOT UP TO US, TALK TO YOUR COUNSELOR.
I THEN SAID; LOT GOOD THAT DOES. (I AM INNOCENT),

I'AM (3) THREE STRIKES CASE, BEEN IN 27+ YEARS, WHERE SOMEONE WITH MURDER WOULD ALREADY BEEN PAROLE.
THIS COURT NEEDS TO ORDER THE RELEASE OF ELDER-INMATES AS LAW STATES 60+, NOT A THREAT TO SAFETY OF SOCIETY.
IF THIS ISN'T DONE, MORE INMATES WILL DIE, WITH A FOLLOWUP AND REVIEW, TO MAKE SURE DEFENDANT'S ARE IN COMPLIANCE AND NOT JUST DOING FAKE PAPER WORK, TO LOOK LIKE THEIR DOING SOMETHING WHEN IN REALLITY THEIR NOT!

14 APRIL, QUARANTINE TO CELLS.
24 APRIL, FOOD POISON FROM BREAKFAST
THIS PLACE REMINDS ME OF BATTLE ZONE, AMBULENCES MAKING SO MANY TRIPS,
I PRAY AND PRAY EVERYDAY ABOUT THIS.
TEMP TAKEN TWICE-DAY.
30TH APRIL, (2) TWO ITEMS OF FOOD ON PAPER-TRAY KID-PORTIONS.
5TH MAY, TALK TO CAPT, ABOUT PAPER-TRAYS, SMALL AMOUNTS AND COLD FOOD.
CAPT. GILMAN; SAID HE WOULD TALK TO KITCHEN STAFF.
HE ALSO SAID; (5) FIVE-INMATES HAVE DIED COVID-19.
9-10TH MAY, COLD SMALL AMOUNTS OF FOOD.
9TH MAY; (3) THREE TRUCKS ARRIVED AT 20:00 HOURS.
(1) ONE WITH GENERATOR, PLACE IN FRONT DEL NORTE
(2) TWO TENTS.

11TH MAY, MILK & JUICE (2) TWO BOX LUNCHES FOR BREAKFAST AND LUNCH. NO HOT MEALS.

14-15 MAY, PORTER WALK AROUND SAYING WERE ON LOCKDOWN-QUARANTINE, YET PORTERS ARE WALKING AROUND, AND FEEDING ON PAPER-TRAYS, COLD FOOD.

INMATES ARE FEEDING INMATES, BECAUSE C/O'S DONT WANT DO IT.

13TH MAY, ALL INMATES TESTED FOR COVID-19.

18TH MAY, ANY INMATE WHO TEST POSITIVE ARE MOVED TO COLUSA, WITH HALF THE GYM-POSITIVE AND QUARANTINE.

25TH MAY, NEWS SAID; 457-POSITIVE AND 9-DEATHS,

(9) NINE-INMATES WORKING CHOW HALL AND STAFF POSITIVE FOR COVID-19,

MIXING PEOPLE WHO TEST POSITIVE, AND LETTING WORKERS OUT TO RUN AROUND..

NO CONTENGENT PLAN, NOR ARE STAFF + C/O'S TRAINED ON HOW TO DEAL WITH EMERGENCY, NOR WHAT QUARANTINE IS.

IT'S SAD, MORE INMATE'S ARE GOING DIE, UNTIL PEOPLE FOLLOW QUARANTINE PROCEDURES.

THE SAME CARTS USED FOR TRASH, ARE USED TO PUT FOOD IN A NOT BEING CLEAN.

30TH MAY; 1:30 A.M., WOKE UP BY C/O AND TOLD TO PACK YOUR PROPERTY, YOUR BEING TRANSFERED, DON'T KNOW WHERE WENT R+R, ALL OUR PROPERTY PACK ON BUS, AND TOLD YOUR GOING SAN QUENTIN.

WAS TOLD SEND MY LEGAL-PAPERS FOR COPIES, DID THIS, 3-AUG. NEVER RECEIVED THIS EVIDENCE THAT PROVES MY INNOCENCE, BACK...

WE SWITCH BUS AT S.A.T.F., WITH PROPERTY, ARRIVED AT SAN QUENTIN STATE PRISON AFTER 22:00 HOURS.
THEN WE WAITED (4) FOUR-HOURS ON THE BUS, BECAUSE OF ANOTHER BUS AHEAD OF US IN R&R.
GOT TO BADGER AT 5:09 A.M., ALL QUARANTINE, 31-MAY.
3Rd JUNE; TESTED FOR COVID-19, THEN MOVED AC, BECAUSE OF POSITIVE-TEST ON 7TH JUNE, AT 1-A.M..
RECEIVED PROPERTY ON 10TH JUNE, AT 1500 HOURS.
8TH JUNE, DR. G.W. BEATTY, CAME TO CELL; ORDERED "LEVO FLOX ACIN 750 MG TABS, ONCE DAY, FOR 10-DAYS.
17 JUNE, DR. G.W. BEATTY, ORDERED FULL BLOOD-TEST, AN COVID-19 TEST DONE AGAIN, AT 13:30.
NO SYMPTOMS, ACTUALLY FEEL GREAT.
RESULTS AGAIN POSITIVE, COULD BE FALSE-POSITIVE..
HAVE RARE BLOOD TYPE; B+
22 JUNE, FEEL GREAT, NO COUNSELOR OR CLASSIFICATION, NO ONE KNOWS WHATS GOING ON, EVEN 602-COMPLAINTS.
NO ACCESS TO NSF-ENVELOPES OR LAW LIBRARY, EXERCISE, OR RELIGIOUS CHAPLIN OR SERVICES, PHONES, VISITS.
~~LOCKDOWN WITH NO CABLE~~, WHICH MEANS NO T.V. ACCESS. AS OTHERS SIMILAR SITUATED AT THIS FACILITY RECEIVE.
THIS IS LIKE PUNISHMENT, WERE OTHER INMATES ARE RECEIVING EVERYTHING, UNLESS FAMILY OR FRIENDS SENDS MATERIALS IN MAIL, THEN YOU GET NOTHING.

WHEN I LEFT THE OTHER FACILITY, (1) ONE STAFF AND 13-INMATES DIED OF COVID-19.
INMATES WERE TRANSFERED; a. CORCORAN; b. SAN QUENTIN; c. AVENAL; d. HIGH DESERT-SUSANVILLE; OVER 100-DEATHS.
POPULATION COVID-19 TRACKING:
https://www.cdcr.ca.gov/covid19/population/status/tracking
28TH JUNE, 600+ INMATES + 100+ STAFF
29TH JUNE, 6-TENTS PLACE ON YARD, NOW THE DIEING BEGINS. I PRODICT HIGH NUMBERS.
ON EMERGENCY LOCKDOWN, (1) ONE HOT MEAL A DAY, HAVENT HAD THAT IN MONTHS, LOOSING WEIGHT.
IF THEY WOULD QUARANTINE ALL INMATES FOR 30-DAYS, WITH STAFF FEEDING (1) ONE HOT MEAL, EVEN IF THEY SUITUP FOR PROTECTION, YOU WOULD SEE COVID-19 ALMOST DISAPPEAR. AT THIS TIME NO ONE KNOWS WHAT TO DO, IT LIKE THE BLIND AND DEAF LEADING THE BLIND + DEAF. (CLOWNS).
30TH JUNE, OVER 1,000+ POSITIVE.
4TH JULY, 1,400+ INMATES, 5+ DEATHS AT SAN QUENTIN.
GIVING VENDOR COLD MEALS, KID PORTIONS.
C/O'S KEEPS TRYING GIVE ME MEAT, I REFUSE, BEEN A VEGAN SCENTS KID.
11TH JULY, AT 1900 HOURS, MOVED TO ALPINE 5TH TIER. CARRING MY PROPERTY UP WET STEPS, SAT MY BOX DOWN AND TURNED TO GET MORE PROPERTY, SLIP AND FILL TO NEXT LANDING, CHECK MY SELF LATER. FEW BAUSES, 2"-CUT ON R-LEG, LANDED ON L-SHOLDER.

PUT SIGN ON MY DOOR, NO MEAT, CHICKEN, PORK. EVEN ASK NURSE ABOUT MY MEALS, SHE SAID SHE WOULD TALK TO THEM.
14TH JULY, MEDICAL STAFF MAKING ROUNDS FOR TEMP CHECK SHE CHECK MY SHOLDER, AND TOLD THEM THAT HE NEED TO BE SEEN AND CHECK BY DOCTOR A.S.A.P.
15TH JULY, 1300 HOURS DOCTOR CHECK SHOLDER + R-LEG.
16-20TH JULY, COLD FOOD, ON NEWS - 2,000+ INMATES AND 200+ STAFF INFECTED, 12+ INMATES + 1 STAFF DEATHS.
ISSUES; ILLEGAL TRANSFERED, SOMEONE ON BUS OR STAFF AT S.Q., WHO DONT TEST.
NO ACCESS TO - CHURCH SERVICE OR MATERIALS, NO LAW LIBRARY, LOCKDOWN FROM 16 MARCH 2020, NO-YARD EXERCISE, PHONES, LITTLE PORTIONS OF FOOD FROM VENDOR, NO LAUNDRY, WERE QUARANTINE WITH PROPERTY, YET, WE CANT RECEIVE RADIO + T.V.-SIGNALS, AS THE REST OF S.Q., DOES.
FEEL (2) TWICE ON WET STEPS, GETTING HURT, BOTH TIMES. TOLD IT COULD TAKE 3-4 MONTHS OR LONGER TO GET X-RAY AND MEDICAL CARE.
MOST STAFF DONT GET TEMP CHECK, SHOULD BE DONE BY NURSES, AS IVE WRITTEN ALL DEFENDANTS, AND ALSO HOW STOP MORE DEATH, YET, BEING INMATE THAY DONT WANT LISTEN, EVEN IF I CAN SAVE LIVES.
ASK THEM WHEN GOING SEE COUNSELOR OR CLASSIFICATION.
30TH JULY, 2,080+ POSITIVE, 20+ DEATHS, 1-STAFF DEATH.
HOW MANY MORE WILL DIE, UNTILL I CAN HELP STOP IT.

HAD EXTRA SHEET HAD CUTUP FOR T.P., NOW WERE GETTING SOAP + T.P., EVERY WEEK.

3RD AUG, AT 16:10 - INMATE PASS OUT CARE PACKAGE FROM "PRISON UNIV PROJECT"; 2-TABLETS, 2-PEN FILLERS, INFO-PACK, ON COVID-19, AND LEGAL FORMS, MINI-COLOR PENCILS, 2-SOAP, WASHCLOTH, PLUS A FEW FOOD ITEMS, IN LARGE ZIPLOCK BAG, VERY GREATFUL FOR SUCH A BLESSING, BECAUSE I WAS PRAYING, ABOUT RUNNING OUT PAPER AN INK PENS, GOD ANSWERED MY PRAYER AGAIN, AND I PRAY FOR AMERICA TO REPENT.

4TH AUG, NEWS - 21+ INMATES DEATHS AT SAN QUENTIN, ITS NOW 26+ INMATES + 1-STAFF DEATHS, WITH OVER 100+ THROUGHOUT STATE.

ITS MUTATED AND GOING TO COME BACK AGAIN, AND MY HOPE THEY HAVE PLAN.

24TH AUG, DR. DAN SMITH, 14:45; SAID HE WANTED X-RAYS, MAY TAKE 3-4 MONTHS FOR THIS AND MEDICAL.

PLAINTIFF EXPLAINED, WHEN YOU GET A VIRUS, YOUR BODY FIGHTS IT AND YOUR T-COUNT DROPS, IF YOU HAVE OTHER MEDICAL ISSUE AND YOUR T-COUNT DROPS TO -1 OR LOWER, YOUR MOST LIKELY NOT GOING TO MAKE IT.

THERE'S NO CURE FOR COVID-19, BUT IF YOU COULD BRING YOUR CHANCES FROM 10% TO 90%, WOULDNT YOU TRY IT, "AMGEN MFG, THOUSAND OAKS, CA. 91320." "NEULASTA/6MG"; WILL RASE YOUR T-COUNT TO 16+. THIS WILL KEEP YOU ALIVE.

RELIEF:

1. THAT DEFENDANT'S VIOLATED FIRST + EIGHTH AMENDMENTS, REGARDING ACCESS TO COURTS AND OTHER CLAIMS. AGAINST EACH DEFENDANT, BE GRANTED.
2. DEMAND FOR JURY TRIAL, AND THE AMOUNT FOR VIOLATIONS OF LIABILITY SET OR DETERMINED BY JURY OR SUPPULEMENTED AS AMOUNT BEFORE TRIAL.
3. WHEREFORE, PLAINTIFF PRAYS THIS COURT ENTER JUDGMENT GRANTING PLAINTIFF:
4. DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF'S RIGHTS
5. COMPENSATORY DAMAGES IN AMOUNT $100,000 AGAINST EACH DEFENDANT, ON EACH CLAIM.
6. PUNITIVE DAMAGES IN AMOUNT $100,000 ON EACH CLAIM JOINTLY AND SEVERALLY.
7. JURY TRIAL ON ALL ISSUES TRIABLE BY JURY
8. PLAINTIFF'S COST OF SUIT.
9. ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER AND EQUITABLE, SUCH AS RELEASE INMATES 60+ WITH MEDICAL ISSUES AT S.Q.
10. FOR LOSING DOCUMENTS OF SIGNED DECLARATIONS AND EVIDENCE THAT I AM INNOCENT.

Date: 11 SEPT 2020 Sign Name: Balzarini

Print Name: BALZARINI

TITLE OF DOCUMENT:________ CASE NO.: ________

To Court Clerk.

2- copies for court.
inmate accounting said; copy of trust already sent.

Thank you very much
Doc

1 MAIN ST
SAN QUENTIN, CALIF 94964

U.S. POSTAGE PITNEY BOWES
ZIP 94964 $ 001.80
02 1W
0001397520 SEP 14 2020

SEP 16 2020
U.S. MARSHALS SERVICE

RECEIVED
SEP 16 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk's office
U.S. Northern District Court
U.S. Courthouse
450 Golden Gate ave
San Francisco, Calif. 94103-3483

CONFINDENTIAL

N.R 09-13-2020