UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BALZARINI,

    Plaintiff,

    v.

GAVIN NEWSOM, et al.,

    Defendants.

Case No. 20-cv-06558-RS (PR)

**ORDER REOPENING ACTION**

This federal civil rights action was dismissed because plaintiff failed to file an application to proceed *in forma pauperis* (IFP), or pay the full filing fee of $400.00, by the deadline. (Dkt. Nos. 3 and 4.) Since dismissal, plaintiff has filed an IFP application. (Dkt. No. 5.) Accordingly, the action is REOPENED. The Clerk is directed to modify the docket accordingly.

The judgment and the order of dismissal are VACATED. (Dkt. Nos. 3 and 4.) Plaintiff's complaint and his IFP motion will be reviewed in separate orders.

**IT IS SO ORDERED.**

**Dated:** January 13, 2021

_____
RICHARD SEEBORG
United States District Judge